## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

EDWIN BRAYAN VASQUEZ GARCIA,

    Petitioner,

v.

MELLISSA B. HARPER, Director of the
New Orleans Field Office of Immigration and
Customs Enforcement, in her official
capacity, U.S. DEPARTMENT OF
HOMELAND SECURITY, and U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.

No. 2:26-cv-02073-SHL-tmp

## ORDER REQUIRING SERVICE AND STAYING TRANSFER

On January 23, 2026, Petitioner Edwin Brayan Vasquez Garcia filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Vasquez challenges his continued detention in the West Tennessee Detention Facility without a bond hearing, and seeks both a declaration that his "indefinite detention without a bond hearing is unlawful and violates due process," and release "on reasonable bond or parole."  (ECF No. 1 at PageID 7.)  However, Vasquez failed to provide enough of his individualized facts in the Petition for it to be ruled on. Upon review of the Petition, and to ensure timely resolution of the Petition without a hearing, it is **ORDERED** as follows:

(1)    Within **five days** of this Order, Vasquez shall **SUPPLEMENT** the Petition and provide a factual basis as to why he should not be considered an "arriving alien" under 8 U.S.C. § 1225.

(2)    Within **five days** of this Order, Vasquez shall deliver a copy of this Petition and

all attachments, his supplemental facts, and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.  Failure to fully comply with this requirement may justify dismissal of the Petition.  <u>See</u> Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(3)      Within **five days** after Vasquez fully complies with the above requirements, Respondent Mellissa Harper shall respond to the Petition in writing.

(4)      Vasquez may file a reply within **two days** after Respondent's responsive filing.

(5)      Respondent shall not transfer Vasquez out of the West Tennessee Detention Facility during the pendency of this Petition.

**IT IS SO ORDERED,** this 5th day of February, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2