**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| EDWIN BRAYAN VASQUEZ GARCIA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 2:26-cv-02073-SHL-tmp |
| SCOTT LADWIG, Acting Director of the New Orleans Field Office of ICE, in his official capacity, | ) ) ) ) | |
| Respondent. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner Vasquez Garcia's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed January 23, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 12), filed March 16, 2026, Vasquez Garcia's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 6, 2026
Date